NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILMA J. LANTZ,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-2055

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-6046, Judge Joseph L. Falvey, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Wilma J. Lantz's motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' joint response regarding the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted, and the appeal is dismissed.

2                                                    LANTZ v. MCDONOUGH

(2)  Each party shall bear its own costs.

FOR THE COURT



July 31, 2024                                   Jarrett B. Perlow
      Date                                      Clerk of Court

ISSUED AS A MANDATE:  July 31, 2024